IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02546-RM-MEH
Consolidated with 15-cv-02547 and 15-cv-02697

SONNY P. MEDINA, individually and on behalf of all others similarly situated,
STEVE KIMBRO, individually and on behalf of all others similarly situated,
RALPH P. ROCCO, individually and on behalf of all others similarly situated,
M. ARKIN (1999) LTD, and
ARKIN COMMUNICATIONS LTD,

        Plaintiffs,

v.

CLOVIS ONCOLOGY, INC.,
PATRICK J. MAHAFFY, and
ERLE T. MAST,

        Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2016**.


        The Stipulated Motion to Set Schedule for Filing Consolidated Complaint and Response Thereto and to Stay Discovery and Related Proceedings Under the PSLRA [filed March 30, 2016; docket #53] is **denied without prejudice**.  The motion is based on the mistaken assumption that *four* "actions ... have been consolidated pursuant to Fed. R. Civ. P. 42(a)."  However, the record indicates that *Moran v. Clovis Oncology, Inc., et al.*, No. 16-cv-00459-RM-MEH has not (yet) been consolidated with the instant action and still stands as a separate action.[1]

_____

        [1]In discussing *Moran* at the March 14, 2016 Status Conference (Conference Transcript, 10: 1-20, docket #10), the Court directed the parties, "once you get that transferred case here, if you do, then you'll move to consolidate, and so we can move forward in all these at once."  *Id.*, 15: 19-23.