IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02546-RM-MEH
Consolidated with 15-cv-02547 and 15-cv-02697

SONNY P. MEDINA, individually and on behalf of all others similarly situated,
STEVE KIMBRO, individually and on behalf of all others similarly situated,
RALPH P. ROCCO, individually and on behalf of all others similarly situated,
M. ARKIN (1999) LTD, and
ARKIN COMMUNICATIONS LTD,

     Plaintiffs,

v.

CLOVIS ONCOLOGY, INC.,
PATRICK J. MAHAFFY, and
ERLE T. MAST,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 4, 2016**.

For good cause shown, the Stipulated Motion to Set Schedule for Filing Consolidated Complaint and Response Thereto and to Stay Discovery and Related Proceedings Under the PSLRA [filed April 1, 2016; docket #56] is **granted**.  The following schedule will govern this consolidated action until further order of the Court:

Deadline for Plaintiffs to file their Consolidated Complaint:    April 29, 2016

Deadline for Defendants to file an answer or motion to dismiss:    June 28, 2016

Deadline for Plaintiffs to file any opposition to Defendants' Motion to Dismiss:  August 10, 2016

Deadline for Defendants to file any reply in support of their Motion to Dismiss:  August 31, 2016

Pursuant to 15 U.S.C. § 78u-4(b)(3)(B), all discovery in this action shall be stayed until resolution of the forthcoming motion(s) to dismiss to be filed by the Defendants.