**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02546-RM-MEH
Consolidated with Civil Action Nos. 15-cv-02547-RM-MEH,
15-cv-02697-RM-MEH, and 16-cv-00459-RM-MEH

SONNY P. MEDINA, *et al.,*

    Plaintiffs,

v.

CLOVIS ONCOLOGY, INC., *et al.,*

    Defendants.

---

**LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

---

TO:    All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated June 18, 2017 (the "Stipulation"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff M.Arkin (1999) LTD and Arkin Communications LTD ("Lead Plaintiff") hereby moves this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Settlement Class for settlement purposes; (iii) approving the form and manner of providing notice of the proposed Settlement to the Settlement Class; and (iv) scheduling a hearing (the "Final Approval Hearing") to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for an award of

attorneys' fees and reimbursement of Litigation Expenses.[1]  Attached hereto as Exhibit 2 is the Parties' agreed-upon proposed Order Preliminarily Approving Settlement and Providing for Notice and its exhibits.  The Settling Defendants have authorized us to state that they consent to the relief sought in this motion.  The Settling Defendants and Lead Plaintiff jointly request that the Final Approval Hearing be scheduled at the earliest date allowable by law and convenient to the Court.

Dated:  June 22, 2017

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ John C. Browne
John C. Browne
Abe Alexander
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
Email:  johnb@blbglaw.com
            abe.alexander@blbglaw.com

*Counsel for M.Arkin (1999) LTD and Arkin Communications LTD, and Lead Counsel for the Class*

**SAXENA WHITE P.A.**
Joseph E. White, III
Lester Hooker
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Fax: (561) 394-3382
Email:  jwhite@saxenawhite.com
            lhooker@saxenawhite.com

*Counsel for Named Plaintiff the City of St. Petersburg Employees' Retirement System*

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

**WHEELER TRIGG O'DONNELL LLP**
Michael L. O'Donnell
Kathryn A. Reilly
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244.1800
Fax: (303) 244.1879
Email: odonnell@wtotrial.com
         reilly@wtotrial.com

*Liaison Counsel for Lead Plaintiff M.Arkin*
*(1999) LTD and Arkin Communications LTD*

## CERTIFICATE OF SERVICE

I, Abraham Alexander, an attorney, hereby certify that on June 22, 2017, I caused a true and correct copy of the foregoing **LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** to be filed with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under perjury that the foregoing is true and correct.

*/s/ Abe Alexander*
**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: abe.alexander@blbglaw.com

4