**Exhibit 2**

**Clovis Securities Litigation**
**c/o Epiq Systems**
**PO Box 3127**
**Portland, OR 97208-3127**
**Toll-Free Number: 1-888-697-8556**
**Email: info@ClovisSecuritiesLitigation.com**
**Settlement Website: www.ClovisSecuritiesLitigation.com**

# PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the above address, **postmarked no later than            , 2017**.

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the proceeds of the Settlement.

**Do not mail or deliver your Claim Form to the Court, the parties to the Action, or their counsel. Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I – CLAIMANT INFORMATION | __ |
| PART II – GENERAL INSTRUCTIONS | __ |
| PART III – SCHEDULE OF TRANSACTIONS IN CLOVIS COMMON STOCK | __ |
| PART III – SCHEDULE OF TRANSACTIONS IN CLOVIS CALL OPTIONS | __ |
| PART III – SCHEDULE OF TRANSACTIONS IN CLOVIS PUT OPTIONS | __ |
| PART IV – RELEASE OF CLAIMS AND SIGNATURE | __ |

# PART I – CLAIMANT IDENTIFICATION

Please read this PART I carefully. Please complete this PART I in its entirety, including page [_], Part I: Claimant Identification (Continued). Failure to do so will result in your ineligibility to receive the Settlement Shares portion of the Settlement Fund that you otherwise may be entitled to. The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.

**Please Note:** The Name of the Beneficial Owner must be written exactly as it appears in the Beneficial Owner's securities account. Use of initials only (*e.g.*, use of J.G. Doe for account name John George Doe) is not acceptable. This Claim Form should include all transactions made by the Beneficial Owner, no matter how many separate accounts that Beneficial Owner has.

Beneficial Owner's First Name     Beneficial Owner's Last Name

Co-Beneficial Owner's First Name     Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit or box number)

City     State     Zip Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home)     Telephone Number (work)

Email address (E-mail address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.):

Account Number (where securities were traded)[1]:

---

[1] If the account number is unknown, you may leave blank. If filing for more than one account for the same legal entity you may write "multiple." Please see paragraph 7 below for more information on when to file separate Claim Forms for multiple accounts.

Page 2

| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|

Claimant Account Type (check appropriate box):
    Individual (includes joint owner accounts)    Pension Plan    Trust
    Corporation    Estate
    IRA/401K    Other _____ (please specify)

Page 3

# PART I – CLAIMANT IDENTIFICATION (CONTINUED)

Please complete the appropriate Section below that describes the beneficial owner(s)' account(s) included in this Claim Form. You may only complete one Section below.  In the appropriate Section, please print the full name of the beneficial owner(s) exactly as it appears in the securities account.  Failure to complete the appropriate Section below in its entirety will result in your ineligibility to receive the Settlement Shares portion of the Settlement Fund that you otherwise may be entitled to.

**Section A. Individual/Sole Proprietor.** *Please indicate whether an individual or sole proprietor.*

○ Individual

○ Sole Proprietor

**Name:**

---

**Section B. Joint Ownership.** *Please indicate the type of tenancy.*

○ Joint Tenants – Jt Ten
   (includes right of survivorship – JTWROS)

○ Tenants in Common – Ten Com

○ Tenants by Entireties – Ten Ent

**Name(s):**

---

**Section C. Retirement Accounts.** *Please indicate the type of retirement account.*

○ IRA

○ Roth IRA

○ Keough
   (Defined Benefit Plan or Defined Contribution Plan)

○ Other (please describe) _____

**Custodian:**

**Beneficiary:**

---

**Section D. Private or Public Entity.** *Please indicate the entity type.*

○ Corporation

○ Pension Fund

○ Partnership

○ Limited Liability Company

○ Non-Profit Organization

○ Foundation

○ Other (please describe)_____

**Name:**

---

**Section E. Custodianships.** *Please indicate the type of custodianship.*

○ UGMA

○ UTMA

**Custodian:**   **State:**

**Minor:**

---

**Section F. Under Trust Agreements.** *Please indicate the name(s) of the Trustee(s), the name of the Trust, the name(s) of the beneficiary(ies) of the Trust, and the date of the Trust Agreement in the space provided below.*

Name(s) of Trustee(s):

Name of Trust:

Name(s) of the Beneficiary(ies)

Date of Trust Agreement:
_____ / _____ / _____

## PART II – GENERAL INSTRUCTIONS

1. It is important that you completely read and understand the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2. This Claim Form is directed to all persons and entities that purchased or acquired Clovis common stock or exchange traded call options on Clovis common stock ("Clovis Call Options"), or sold exchange traded put options on Clovis common stock ("Clovis Put Options"), during the period between May 31, 2014 and April 7, 2016, inclusive (the "Settlement Class Period"), and were damaged thereby (the "Settlement Class"). Certain persons and entities are excluded from the Settlement Class by definition as set forth in paragraph 24 of the Notice. Clovis common stock, Clovis Call Options, and Clovis Put Options are referred to collectively as the "Clovis Securities."

3. By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice. IF YOU ARE NOT A SETTLEMENT CLASS MEMBER (see the definition of the Settlement Class in paragraph 24 of the Notice, which sets forth who is included in and who is excluded from the Settlement Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE SETTLEMENT CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4. **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5. **SECURITIES TRANSFER INFORMATION.** The proceeds of the proposed Settlement, if approved, will include shares of Clovis common stock (the "Settlement Shares"). The Settlement Shares, less any Settlement Shares awarded to Plaintiffs' Counsel, are referred to as the "Class Settlement Shares". Subject to Court approval, Lead Counsel will have the right to decide, in its sole discretion, whether to (i) distribute the Class Settlement Shares to Settlement Class Members who submit claims that are approved for payment by the Court ("Authorized Claimants") or (ii) sell all or any portion of the Class Settlement Shares and distribute the net cash proceeds from the sale of the shares to Authorized Claimants. If Settlement Shares are distributed, in order to receive any shares to which you may be eligible, you must provide information sufficient to post the shares to an account on the Direct Registration System maintained by [_____]. Failure to provide the information requested may lead to forfeiture of the Settlement Shares to which you might otherwise be eligible.

6. **IDENTIFICATION OF CLAIMANT(S).** Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of Clovis common stock. If you purchased or otherwise acquired Clovis common stock or Clovis Call Options, or sold Clovis Put Options, during the Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you purchased or otherwise acquired Clovis common stock or Clovis Call Options, or sold Clovis Put Options, during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these shares, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form. Also, all joint beneficial owners must each sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

7. Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

8. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

    (a) expressly state the capacity in which they are acting;

    (b) identify the name, account number, Social Security Number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Clovis Securities; and

    (c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

9. **IDENTIFICATION OF TRANSACTION(S).** Use the "SCHEDULES OF TRANSACTIONS" in Parts III to V of this Claim Form to supply all required details of your transaction(s) (including free transfers and deliveries) in and holdings of the applicable Clovis Securities. On these schedules, please provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of the applicable Clovis Securities, whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

10. You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of the applicable Clovis Securities set forth in the SCHEDULES OF TRANSACTIONS in Part III to V of this Claim Form. Documentation may consist of copies of brokerage confirmations or monthly statements. Please note that monthly statements may not be sufficient to provide the required support to demonstrate that your shares of Clovis common stock were purchased pursuant to or traceable to Clovis' secondary offering of common stock that occurred on or about July 14, 2015 (the "Secondary Offering". In order to establish that shares of Clovis common stock were purchased pursuant to or are traceable to the Secondary Offering, you may have to provide the confirmation slips for such purchases. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized

statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties, including Clovis, and the Claims Administrator do not independently have information about your investments in Clovis Securities.  IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER.  FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM.  DO NOT SEND ORIGINAL DOCUMENTS.  **Please keep a copy of all documents that you send to the Claims Administrator.  Also, please do not highlight any portion of the Claim Form or any supporting documents.**

11. By submitting a signed Claim Form, you will be swearing that you:

   (a) owned the Clovis Securities you have listed in the Claim Form; or

   (b) are expressly authorized to act on behalf of the owner thereof.

12. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America.  The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

13. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing.  The claims process will take substantial time to complete fully and fairly.  Please be patient.

14. **PLEASE NOTE:**  As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its *pro rata* share of the Net Settlement Fund.  No cash payments for less than $10.00 will be made.  In the event of a distribution of Settlement Shares, no fractional Settlement Shares will be issued.

15. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, Epiq Systems, at the above address, by email at info@ClovisSecuritiesLitigation.com, or by toll-free phone at 1-888-697-8556, or you can visit the Settlement website, www.ClovisSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

16. NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the mandatory electronic filing requirements and file layout, you may visit the settlement website at www.ClovisSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@ClovisSecuritiesLitigation.com.  Any file not in accordance with the required electronic filing format will be subject to rejection.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information.  **Do not assume that your file has been received or processed until you receive this email.  If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@ClovisSecuritiesLitigation.com to inquire about your file and confirm it was received and acceptable.**

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-888-697-8556.**

## PART III – SCHEDULE OF TRANSACTIONS IN CLOVIS COMMON STOCK

Complete this Part III if and only if you purchased or otherwise acquired Clovis common stock during the period from May 31, 2014 through and including April 7, 2016. Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Do not include information regarding securities other than Clovis common stock in this section.

| 1. HOLDINGS AS OF MAY 30, 2014 – State the total number of shares of Clovis common stock held as of the close of trading on May 30, 2014. (Must be documented.) If none, write "zero" or "0." _____ | | | | Confirm Proof of Position Enclosed ○ |
|---|---|---|---|---|
| **2. PURCHASES/ACQUISITIONS FROM MAY 31, 2014 THROUGH APRIL 7, 2016** – Separately list each and every purchase/acquisition (including free receipts) of Clovis common stock from May 31, 2014 through and including the close of trading on April 7, 2016. (Must be documented.) | | | | |
| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase Enclosed |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |

| 3. SALES FROM MAY 31, 2014 THROUGH APRIL 7, 2016 – Separately list each and every sale/disposition (including free deliveries) of Clovis common stock from May 31, 2014 through and including the close of trading on April 7, 2016. (Must be documented.) | | | | **IF NONE, CHECK HERE** ○ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| **4. HOLDINGS AS OF APRIL 7, 2016** – State the total number of shares of Clovis common stock held as of the close of trading on April 7, 2016. (Must be documented.) If none, write "zero" or "0." _____ | | | | Confirm Proof of Position Enclosed ○ |

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON**

**EACH ADDITIONAL PAGE.  IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX**

## PART IV– SCHEDULE OF TRANSACTIONS IN CLOVIS CALL OPTIONS

Complete this Part IV if and only if you purchased or otherwise acquired exchange traded call options on Clovis common stock ("Clovis Call Options") during the period from May 31, 2014 through and including April 7, 2016. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Do not include information regarding securities other than Clovis Call Options in this section.

| 1. HOLDINGS AS OF MAY 30, 2014 – Separately list all positions in Clovis Call Option contracts in which you had an open interest as of the close of trading on May 30, 2014. (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

**2. PURCHASES/ACQUISITIONS FROM MAY 31, 2014 THROUGH APRIL 7, 2016** – Separately list each and every purchase and acquisition (including free receipts) of Clovis Call Options contracts from May 31, 2014 through and including the close of trading on April 7, 2016. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised  Insert an "X" if Expired | Exercise Date (Month/ Day/ Year) |
|---|---|---|---|---|---|---|---|
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |

| 3. **SALES FROM MAY 31, 2014 THROUGH APRIL 7, 2016** – Separately list each and every sale or disposition (including free deliveries) of Clovis Call Options contracts from May 31, 2014 through and including the close of trading on April 7, 2016. (Must be documented.) ||||||| **IF NONE, CHECK HERE** ○ |
|---|---|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commissions, and fees) ||
| /   / | $ | /   / |  | $ | $ ||
| /   / | $ | /   / |  | $ | $ ||
| /   / | $ | /   / |  | $ | $ ||
| /   / | $ | /   / |  | $ | $ ||

| 4. **HOLDINGS AS OF APRIL 7, 2016** – Separately list all positions in Clovis Call Option contracts in which you had an open interest as of the close of trading on April 7, 2016. (Must be documented.) ||| **IF NONE, CHECK HERE** ○ |
|---|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest ||
| $ | /   / |  ||
| $ | /   / |  ||
| $ | /   / |  ||
| $ | /   / |  ||

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS/HOLDINGS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX ☐
IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL <u>NOT</u> BE REVIEWED**

## PART V – SCHEDULE OF TRANSACTIONS IN CLOVIS PUT OPTIONS

Complete this Part V if and only if you sold (wrote) exchange traded put options on Clovis common stock ("Clovis Put Options") during the period from May 31, 2014 through and including April 7, 2016. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Do not include information regarding securities other than Clovis Put Options in this section.

| 1. **HOLDINGS AS OF MAY 30, 2014** – Separately list all positions in Clovis Put Option contracts in which you had an open interest as of the close of trading on May 30, 2014. (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
| $ | / / | |
| $ | / / | |
| $ | / / | |
| $ | / / | |

**2. SALES (WRITING) FROM MAY 31, 2014 THROUGH APRIL 7, 2016** – Separately list each and every sale (writing) (including free deliveries) of Clovis Put Options contracts from May 31, 2014 through and including the close of trading on April 7, 2016. (Must be documented.)

| Date of Sale (Writing) (List Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts Sold (Written) | Sale Price Per Put Option Contract | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

| 3. **PURCHASES/ACQUISITIONS FROM MAY 31, 2014 THROUGH APRIL 7, 2016** – Separately list each and every purchase and acquisition (including free receipts) of Clovis Put Options contacts from May 31, 2014 through and including the close of trading on April 7, 2016. (Must be documented.) | **IF NONE, CHECK HERE** ○ |
|---|---|

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Put Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|
| /     / | $ | /     / |  | $ | $ |
| /     / | $ | /     / |  | $ | $ |
| /     / | $ | /     / |  | $ | $ |
| /     / | $ | /     / |  | $ | $ |

**4.  HOLDINGS AS OF APRIL 7, 2016** – Separately list all positions in Clovis Put Option contracts in which you had an open interest as of the close of trading on April 7, 2016.  (Must be documented.)   **IF NONE, CHECK HERE** ○

| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
|---|---|---|
| $ | /     / |  |
| $ | /     / |  |
| $ | /     / |  |
| $ | /     / |  |

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS/HOLDINGS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX ☐
IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL NOT BE REVIEWED**

## PART VI - RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE [__] OF THIS CLAIM FORM.**

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves), and, to extent any of the following persons or entities can assert a claim in my (our) name or on my (our) behalf, on behalf of (as applicable) my (our) agents, representatives, attorneys, advisors, administrators, accountants, consultants, assigns, assignees, partners, successors-in-interest, insurance carriers and reinsurers, current and former officers, directors, officials, auditors, parents, affiliates, subsidiaries, successors, predecessors, employees, fiduciaries, service providers and investment bankers, estates, heirs, executors, beneficiaries, trusts and trustees, each in their respective capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiff's Claim against the Defendants and the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiff's Claims against any of the Defendants' Releasees.

**CERTIFICATION**

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1. that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3. that the claimant has **not** submitted a request for exclusion from the Settlement Class;

4. that I (we) owned the Clovis Securities identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5. that the claimant(s) has (have) not submitted any other claim covering the same purchases or sales of Clovis Securities and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6. that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7. that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator or the Court may require;

8. that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

9. that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the claimant(s) is (are) exempt from backup withholding or (b) the claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he/she/it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of claimant                                                                                                          Date

_____
Print your name here

_____
Signature of joint claimant, if any                                                                                       Date

_____
Print your name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

_____
Signature of person signing on behalf of claimant                                                           Date

_____
Print your name here

_____
Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc.  (Must provide evidence of authority to act on behalf of claimant – see paragraph 8 on page [___] of this Claim Form.)

## **REMINDER CHECKLIST:**

1. Please sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3. Please do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-888-697-8556.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address. If you change your name, please inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@ClovisSecuritiesLitigation.com, or by toll-free phone at (844) 308-6864, or you may visit www.ClovisSecuritiesLitigation.com. Please DO NOT call Clovis or any of the other Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN _____, 2017**, ADDRESSED AS FOLLOWS:

Clovis Securities Litigation<br>
c/o Epiq Systems<br>
PO Box 3127<br>
Portland, OR 97208-3127

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before _____, 2017 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.