**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02546-RM-MEH
Consolidated with Civil Action Nos. 15-cv-02547-RM-MEH,
15-cv-02697-RM-MEH, and 16-cv-00459-RM-MEH

SONNY P. MEDINA, *et al.,*

    Plaintiffs,

v.

CLOVIS ONCOLOGY, INC., *et al.,*

    Defendants.

---

**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

---

TO:    All Counsel of Record

    PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Proposed Settlement and Providing for Notice entered July 14, 2017 (Dkt. No. 160), and upon (i) the Declaration of John C. Browne in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) all other papers and proceedings herein, Lead Counsel will and does hereby move this Court, before the Raymond P. Moore, on October 26, 2017 at 10:00 a.m., in Courtroom A601 of the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street,

Denver, Colorado 80294, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses. A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated:  September 21, 2017

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ John C. Browne*_____
John C. Browne
Abe Alexander
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
Email:  johnb@blbglaw.com
           abe.alexander@blbglaw.com

*Counsel for M.Arkin (1999) LTD and Arkin Communications LTD, and Lead Counsel for the Class*

**SAXENA WHITE P.A.**
Joseph E. White, III
Lester Hooker
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Fax: (561) 394-3382
Email:  jwhite@saxenawhite.com
           lhooker@saxenawhite.com

*Counsel for Named Plaintiff the City of St. Petersburg Employees' Retirement System*

2

3

        **WHEELER TRIGG O'DONNELL LLP**
        Michael L. O'Donnell
        Kathryn A. Reilly
        370 Seventeenth Street, Suite 4500
        Denver, CO 80202-5647
        Telephone: (303) 244.1800
        Fax: (303) 244.1879
        Email: odonnell@wtotrial.com
               reilly@wtotrial.com

        *Liaison Counsel for Lead Plaintiff M.Arkin*
        *(1999) LTD and Arkin Communications LTD*

## CERTIFICATE OF SERVICE

I, Abraham Alexander, an attorney, hereby certify that on September 21, 2017, I caused a true and correct copy of the foregoing **LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** to be filed with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under perjury that the foregoing is true and correct.

*/s/ Abe Alexander*
**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
Email:  abe.alexander@blbglaw.com