**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:    Tammy Hoffschildt | Date:   October 26, 2017 |

**CASE NO.   15-cv-02546-RM-MEH**

| | |
|---|---|
| SONNY P. MEDINA, *et al.*, | John Browne<br>Kathryn Reilly |
| Plaintiffs, | Abraham Alexander |
| v. | |
| CLOVIS ONCOLOGY, INC., *et al.*, | Tariq Mundiya<br>Carrie Johnson |
| Defendants. | Charles Cording<br>Peter Koclanes<br>Laura Oswell |

**COURTROOM MINUTES**

**IN-COURT HEARING – FAIRNESS HEARING
Court in session:   9:59 a.m.**

Appearances of counsel.

The Court states the status of the case and its findings pursuant to Federal Rules of Civil Procedure 23(e).

Discussion held regarding the Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Doc. 168).

The Court states its findings regarding Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Doc. 168).

A written order will issue regarding Lead Plaintiff's Notice of Motion and Motion for Final Approval of Class Action Settlement and Plan of Allocation (Doc. 166) and Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Doc. 168).

**Court in recess:     10:30 a.m.**
**Total in court time: 00:31**
**Hearing concluded**